# EXHIBIT A

**Northwell Health**
**Physician Partners**

Morisa Marin, MD
Lisa Amorin, MD
Natalia Flores, MD
Kimberly Gilani, NP-C

**Office Number: 631-775-3290**
**Fax Number: 631-775-3299**

Patient: DAVIS, LORRAINE M. Date: 04/06/2026

DOB: REDACTED

To Whom It May Concern:

Please be advised the above named patient is currently under my medical care. Patient must remain on light duty for work, with restrictions limiting lifting to under 10 lbs and standing to under 1-2 hours at a time.

Should you have any further questions, please contact the office at 631-775-3290.

Sincerely,

ANP-C