# EXHIBIT B

Northwell Health

# Modified Duty Assessment Form

Name: Lorraine Davis Job Title: ____________________ DOB: REDACTED

**Treating Provider:** Before completing this form, please discuss occupational related tasks to determine the types of restrictions that may be needed. Please discuss usual working hours and break time with the team member. Complete all applicable sections.

Diagnosis: Vaginal bleeding in pregnancy, AMA

**The above-named team member has been released to return to work with the following restrictions:**

**Restricted Effective Dates:** *MUST INCLUDE A START DATE AND AN END DATE OR REEVALUATION DATE.*

**Start Date** 4 / 7 / 26 **AND** **End Date** ___/___/___ **OR** **REEVALUATION DATE:** 4 / 29 / 26

**Team Member May Work:** ~~8-24~~ 3-4 **Hours/Day** 12 **#Days/Week**

*Please specify measurable metrics for restrictions when applicable:*

| ACTIVITY | RESTRICTIONS/METRICS |
|---|---|
| **Stand:** | ☐ No Restriction ☒ 1-4hrs ☐ 4-6hrs ☐ 6-8hrs ☐ 8-10hrs |
| **Sit:** | ☒ No Restriction ☐ 1-4hrs ☐ 4-6hrs ☐ 6-8hrs ☐ 8-10hrs |
| | |
| **Walking:** | ☐ No Restriction ☐ No Walking ☒ 100 – 400ft ☐ 401-800ft ☐ 801-1000ft ☐ 1001-1500ft |
| **Lift/Carry:** | ☐ No Restriction ☒ No Lifting/Carry ☐ up to 10lbs ☐ 11-20lbs ☐ 21-50lbs ☐ 51-75lbs ☐ 76-100lbs |
| **Push/Pull:** | ☐ No Restriction ☒ No Push/Pull ☐ up to 10lbs ☐ 11-20lbs ☐ 21-50lbs ☐ 51-75lbs ☐ 76-100lbs |
| | |
| **Squatting:** | ☐ No Restriction ☒ Restricted |
| **Bending:** | ☐ No Restriction ☒ Restricted |
| **Kneeling** | ☒ No Restriction ☐ Restricted |
| **Climbing:** | ☐ No Restriction ☒ Restricted |
| **Overhead Reach:** | ☒ No Restriction ☐ Restricted |
| **Driving:** | **(if driving is an essential job function)** ☒ No Restriction ☐ Restricted<br>specify: ________ Miles/Drive or ________ Hours/Drive OR ☐ No Driving |

**Please list any Assistive Devices/Braces:** N/A

**Other Restrictions/Pertinent information:**

No strenuous activity at this time

**Is the team member taking any medication that may alter their ability to perform their job functions in a safe manner?**

☐Yes ☒No List Medications: ____________________

**Providers Name/Title:** Lisa Amorin, MD **Phone #:** 631-775-3290 **Fax#:** 631-775-3299

**Signature:** [signature] **Date:** 4/7/26