# EXHIBIT C

Northwell Health
Physician Partners

NHPP WOMEN'S SPECIALTY CARE
222 MIDDLE COUNTRY ROAD SUITE 210
SMITHTOWN, NY 11787

Name: LORRAINE M. DAVIS
Address: REDACTED

Date of Visit: Apr 10 2026
MRN: 14731691
DOB: REDACTED

April 13, 2026

To Whom it May Concern:

Please be advised that the above-named patient is under my care for obstetrical monitoring (pregnancy in bleeding, AMA). The patient is requesting the following accommodations from 4/7-5/3. Limiting lifting to under 10 lbs., standing up to 2 hours at a time, with 5-minute breaks in between. Pt is able to work 12.5 hour shifts up to 4 days a week with no restrictions on walking.

Should you have any further questions, please contact the office at 631-775-2390.

**Sincerely,**