# EXHIBIT D

REDACTED

---------- Forwarded message ---------
From: **Davis, Lorraine** <ldavis18@northwell.edu>
Date: Thu, Aug 13, 2026 at 11:29 AM
Subject: Fw: RTW with Restrictions - Approved - Reference: #2399
To: Lorraine Davis <obrien3884@gmail.com>

---

**From:** HRIT <HRIT@northwell.edu>
**Sent:** Tuesday, April 14, 2026 4:42 PM
**To:** Davis, Lorraine <ldavis18@northwell.edu>
**Cc:** Castro, Catherine <CCastro10@northwell.edu>; Brennan, Jeanne M <JBrennan10@northwell.edu>; Disability <Disability@northwell.edu>; northwellreturns@sedgwick.com <northwellreturns@sedgwick.com>
**Subject:** RTW with Restrictions - Approved - Reference: #2399

Return To Work Portal Notification: RTW with Restrictions - Approved

Return To Work - #2399

Employee Name - Davis, Lorraine

Person Number - 524665

**Team Member has been approved to return to work with accommodations.**

**Restriction Request Start Date:** 4/14/2026
**Restriction Request End Date:** 5/3/2026

**Additional Details:**
TM previously submitted providers note with RTW accommodations -RTW #2314 canceled because updated providers note received dated 4/10/26 amending the accommodation request. TM requesting the following accommodations starting 4/7/26-5/3/23: limiting lifting to under 10 lbs, standing up to 2 hours at a time, with 5 minute breaks in between. Pt is able to work 12.5 hours shift up to 4 days a week with no restrictions on walking.

**Leader Action Needed:**

- Leaders or designated timekeeper must enter the schedule pattern in Kronos on the first date of return. Please review the Leader Learning Portfolio - Return to Work Process for more information.
- Leaders need to ensure that the team member completes any missed training or competencies while they were out on leave.

Team members returning from a leave of absence are required to complete outstanding Annual Workforce Requirements that remain incomplete within two weeks of their return date. Leaders and team members can view current compliance status in myExperience > Annual Workforce Requirements.

**For team members returning from maternity leave:** To learn about Northwell's commitment to supporting our breastfeeding team members and find our Workplace Lactation Policy, visit our Breastfeeding Support page on Northwell Connect.

Powered by HR Technology

The information contained in this electronic e-mail transmission and any attachments are intended only for the use of the individual or entity to whom or to which it is addressed, and may

contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication and any attachment is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone and electronic mail, and delete the original communication and any attachment from any computer, server or other electronic recording or storage device or medium. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client, physician-patient or other privilege.

---

Virus-free.www.avg.com