# EXHIBIT E

REDACTED

---------- Forwarded message ---------
From: **Davis, Lorraine** <ldavis18@northwell.edu>
Date: Tue, Aug 18, 2026 at 2:26 PM
Subject: Fw: Extended modified duty
To: Lorraine Davis <obrien3884@gmail.com>

---

**From:** Davis, Lorraine <ldavis18@northwell.edu>
**Sent:** Thursday, April 30, 2026 8:00 AM
**To:** Team Member Health Services - Mather <TMHSmather@northwell.edu>
**Subject:** Extended modified duty

Good morning,

My OB has extended the length of my light duty assignment until 6/24. Please see the attached letter for reference.

Thank you.

***Lorraine Davis***
***Registered Nurse***
***Northwell Health, Mather Hospital***

*Phone 631-473-1320*
*Ldavis18@northwell.edu*

---

**From:** nomail@northwell.edu <nomail@northwell.edu>
**Sent:** Thursday, 30 April 2026 07:58:19
**To:** Davis, Lorraine <ldavis18@northwell.edu>
**Subject:** Scanned from a Xerox Multifunction Printer

Please open the attached document. It was sent to you using a Xerox multifunction printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: machine location not set

Multifunction Printer Name: Xerox VersaLink B625 MFP (FF:1D:18)

For more information on Xerox products and solutions, please visit http://www.xerox.com

The information contained in this electronic e-mail transmission and any attachments are intended only for the use of the individual or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication and any attachment is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone and electronic mail, and delete the original communication and any attachment from any computer, server or other electronic recording or storage device or medium. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client, physician-patient or other privilege.

Virus-free.www.avg.com

Northwell Health

Physician Partners

Name: LORRAINE DAVIS
Address: REDACTED

Date of Visit: Apr 29 2026
MRN: 14731691
DOB: REDACTED

**April 29, 2026**

Dear Sir or Madam,

Ms. Lorraine Davis is a patient under my obstetrical care who is currently pregnant with a due date of 11/4/26. She has a high-risk pregnancy that has already been complicated by bleeding earlier in the pregnancy. I have instructed her to stay on light duty at work, as she is currently performing now, until she is at least 21 weeks pregnant and completes the anatomy ultrasound to show normal cervical length and placentation. That will be until at least June 24th. Based on those sono results, can determine ability to return to full duty OR stay light duty (if has a placentation issue or other obstetrical concern).
During this limited duty, She is to limit LIFTING to UNDER 10 pounds; Limit STANDING to NO MORE than 2 hours at a time (MUST sit and rest for 5 minute breaks in between); She is able to work 12.5 hour shifts, up to 4 days a week, with NO restrictions on WALKING.

**Sincerely,**

Lisa Amorin

Electronically signed by : LISA AMORIN, MD; Apr 29 2026 4:11PM Eastern Standard Time (Author)