# EXHIBIT F

**5.8.26** ***contacted HR*** – service request opened **#SR1255151**

- Only contact option is on virtual chat, conversation as follows

I've created helpdesk request SR1255151 to capture the details of your inquiry. You will be connected to one of our agents shortly.

Skill says

Your request has now been put through to an agent. They'll be with you in just a moment.

Agent says

Hello, thank you for contacting the Team Member Support Center. My name is Shakira, may I assist you today?

I say

Hi Shakira, yes I had some concerns in regard to my light duty accommodations.

I say

I wanted to discuss my current work status and accommodations during my pregnancy. My doctor has provided light-duty restrictions, and I am willing and able to continue working within those restrictions. However, on multiple scheduled shifts, I've been told to go home or use my own accrued time instead of being accommodated. I'm concerned because other employees requiring light duty have reportedly been accommodated, and I want to make sure I'm being treated consistently and fairly. I also need to preserve my accrued leave for my maternity recovery and time after the baby is born. I'm not looking for conflict — I want to continue working safely and productively within my medical restrictions. Can we work together to identify a reasonable accommodation or available light-duty assignment so I don't continue losing scheduled work time and benefits? I'd also appreciate clarification on the hospital's policy regarding pregnancy-related accommodations and light duty.

Agent says

For assistance with an accommodation, please reach out to Team Member Health Services at 718-470-7644 tmhs@northwell.edu

I say

the accommodation has been approved by employee health, but I am being sent home early and told not to come in due to the census.

I say

is there someone I can speak with in regards to the Pregnancy Workers Fairness Act?

Agent says

I can forward this to Team Member Concerns for further review.

I say

yes please

Agent says

Of course!

Agent says

They generally take anywhere from 1-5 business days to reach out to you.

Agent says

What is your best contact phone number?

I say

Is there a phone number I would be able to reach them at sooner than that? I am supposed to return to work tomorrow but my manager is telling me to stay home.

REDACTED

Agent says

There isn't for them unfortunately.

Agent says

I'll send it over on a high level of severity.

I say

ok, thank you

Agent says

You're welcome!

Have a good day!

ene

Skill says

Chat session ended. Thanks for chatting with us.

Thank you for connecting with our live agent. If you have any further questions, feel free to ask! For your reference, your service request number is SR1255151. You can use this number to check the status of your request or for any future assistance

---

Virus-free.www.avg.com