# EXHIBIT G

11:48 86

2S 5/13 >
10 participants

Today 08:12

Jessica S. added Kristen M., Chelsea M., Katelyn K., Ashley R., Alyssa R., Jessica C., Catherine C., Grace G. and Richie E. to the conversation.

Smith, Jessica

Good morning! All nurses are at 6:1. Richie is here helping facilitate, specifically wound care Wednesdays! Please coordinate with him when to do wound care and which patients have wounds. If discharges arise and its busy we can utilize him to help us with that. Lets meet at the desk at 840am for safety huddle and then we will go into SW rounds! Lets have a good day!🤩

Jessica S. changed the group name to 2S 5/13