# EXHIBIT H

09:43

OT Shifts

Picciano, Kathryn
To Sanchez, Vanessa, +11
09:34

Good Morning,

I am reaching out to see if anyone is interested in picking up OT this coming week. Please let me now if you are able to. I will list the days we need help below. Thank you!

5/27
5/29
5/30

**Kathryn Picciano, MSN, RN, PCCN**
Assistant Nurse Manager
2 South
Mather Hospital
75 North Country Road
Port Jefferson, NY 11777
Tel: (631) 473 – 1320 x 5290

Reply All

Mail
23 Calendar
Apps