# EXHIBIT K


18:00
5G 97
+1 REDACTED
Unknown - May 23, 2026 at 17:56
00:00
-00:32
Add Contact
Report Spam
Transcript (low confidence)
Hi Lorraine, this is Jean Brett. um, I spoke with Stephen Wong is today and I said that you were working and on the schedule for tomorrow. I just wanted to confirm with you and clarify that you are not on the schedule and you will not be able to to work so you'll be sent home if you do come in. I don't want that to happen so I just make sure that you knew not to come. You will be getting a note in the next week. Okay? Thank you.
3
Calls
Contacts
Keypad