# EXHIBIT L

REDACTED

---------- Forwarded message ---------
From: **Davis, Lorraine** <ldavis18@northwell.edu>
Date: Thu, Jul 9, 2026 at 10:43 AM
Subject: Fw: Lorraine Davis - SR1255151
To: Lorraine Davis <obrien3884@gmail.com>

---

**From:** Willdigg, Lauren <lwilldigg@northwell.edu>
**Sent:** Tuesday, May 26, 2026 10:02 AM
**To:** Davis, Lorraine <ldavis18@northwell.edu>
**Subject:** RE: Lorraine Davis - SR1255151

Hi Lorraine,

Thank you for sharing this information. I am adding it to my notes. I have a meeting with leadership scheduled for next week, (since that was all that was available) but I emailed them to see if we can move this up. I will keep you posted.

Best regards,

Lauren Willdigg

Associate Employee Relations Specialist
Team Member Concerns & Resolutions

Human Resources

Northwell Health

**AskHR** provides 24/7 HR support via mobile and desktop, plus chat live with an HR

representative M-F 8AM-4PM.

Guided Learning for step-by-step task support, or the Learning Portfolio, an interactive educational tool with a library of helpful videos, job aids and more!

Northwell Health[sm]

Visit us at Northwell.edu

---

**From:** Davis, Lorraine <ldavis18@northwell.edu>
**Sent:** Monday, May 25, 2026 2:25 PM
**To:** Willdigg, Lauren <lwilldigg@northwell.edu>
**Subject:** Re: Lorraine Davis - SR1255151

Hi Lauren,

Just wanted to keep you abreast of the situation over the weekend. When we spoke on Thursday, I was on the schedule to work, coded for modified duty. I checked my schedule Friday, my shift was still there. Upon checking again on Saturday, I noted I was slotted for PTO use again for the entire week (again not contacted by anyone to let me know that was done). I contacted the staffing office (spoke to Kathleen) to confirm and to ask who removed me from the schedule. She said she wasn't able to tell who removed me, then asked me if I was on a leave of absence. I told her I was not. Kathleen then told me she would look into it and call me back. A few hours had gone by, so I called back and was told there was "no information for me". I informed her I was told to report to work on Sunday, so she would see me clock in. She said "ok" and the conversation ended. Shortly after speaking with Kathleen, I received a call (went to voicemail) from Jeanne Brennan, Director of Med-Surg at the hospital. In her voicemail she stated she had spoken to the staffing office and wanted to clarify that I am not on the schedule, that I would not be able to work and if I did come in, I would be sent home. She also mentioned I would be receiving a "note" in the next week but did not clarify what that note would be. I have attached a screenshot of my schedule taken on Friday, and the removal on Saturday, as well as the voice-texted voicemail from Jeanne Brennan. Also, the 3.5 hours of mandatory education I had completed have been removed for a second time.

Just want to re-iterate that there has been zero communication with me, both to taking me off the schedule and as to WHY I am STILL being forced to use PTO when my accommodations have been approved by Employee Health, and the call from Jeanne is the first communication I have

received since being sent home on 5/8. I currently do not have a schedule at all after this coming week.

Thanks again for your help, I really appreciate it.

Lorraine

---

**From:** Willdigg, Lauren <lwilldigg@northwell.edu>
**Sent:** Wednesday, May 20, 2026 2:38 PM
**To:** Davis, Lorraine <ldavis18@northwell.edu>
**Subject:** RE: Lorraine Davis - SR1255151

I have 9:30 AM available, does that work for you?

Lauren Willdigg

Associate Employee Relations Specialist
Team Member Concerns & Resolutions

Human Resources

Northwell Health

**AskHR** provides 24/7 HR support via mobile and desktop, plus chat live with an HR representative M-F 8AM-4PM.

**Guided Learning** for step-by-step task support, or the **Learning Portfolio**, an interactive educational tool with a library of helpful videos, job aids and more!

Northwell Health

Visit us at Northwell.edu

**From:** Davis, Lorraine <ldavis18@northwell.edu>
**Sent:** Wednesday, May 20, 2026 2:04 PM
**To:** Willdigg, Lauren <lwilldigg@northwell.edu>
**Subject:** Re: Lorraine Davis - SR1255151

Hi Lauren,

Just following up. Do you have availability tomorrow before 1?

Thanks,

Lorraine

***Lorraine Davis***

***Registered Nurse***

***Northwell Health, Mather Hospital***

*Phone 631-473-1320*

*Ldavis18@northwell.edu*

---

**From:** Davis, Lorraine <ldavis18@northwell.edu>
**Sent:** Tuesday, May 19, 2026 2:13:55 PM
**To:** Willdigg, Lauren <lwilldigg@northwell.edu>
**Subject:** Re: Lorraine Davis - SR1255151

Hi Lauren,

Would tomorrow morning work for you? Maybe around 10-11?

Thanks,

Lorraine

***Lorraine Davis***

***Registered Nurse***

***Northwell Health, Mather Hospital***

*Phone 631-473-1320*

*Ldavis18@northwell.edu*

---

**From:** Willdigg, Lauren <lwilldigg@northwell.edu>
**Sent:** Tuesday, May 19, 2026 1:25:19 PM
**To:** Davis, Lorraine <ldavis18@northwell.edu>
**Subject:** RE: Lorraine Davis - SR1255151

Good afternoon, Lorraine,

I am following up on the below and when a good time to connect with you would be.

Best regards,

Lauren Willdigg

Associate Employee Relations Specialist
Team Member Concerns & Resolutions

Human Resources

Northwell Health

AskHR provides 24/7 HR support via mobile and desktop, plus chat live with an HR representative M-F 8AM-4PM.

Guided Learning for step-by-step task support, or the Learning Portfolio, an interactive educational tool with a library of helpful videos, job aids and more!

Northwell Health

Visit us at Northwell.edu

---

**From:** Willdigg, Lauren
**Sent:** Tuesday, May 12, 2026 11:47 AM
**To:** Davis, Lorraine <ldavis18@northwell.edu>
**Subject:** Lorraine Davis - SR1255151

Good morning, Lorraine,

I am Lauren Willdigg, Employee Relations Specialist for HR's Team Member Concerns and Resolutions Team. Thank you for submitting your concern to the Concerns and Resolutions Team. Northwell Health takes all employment-related concerns seriously. Please be assured that Northwell does not tolerate retaliation against any individual for reporting or raising a concern. Additionally, we will not tolerate any retaliation for cooperating, assisting, or participating in an investigation. If you have any further details that would be helpful to investigate your concerns or would like to speak via phone, please advise.

Best regards,

Lauren Willdigg

Associate Employee Relations Specialist
Team Member Concerns & Resolutions

Human Resources

Northwell Health

**AskHR** provides 24/7 HR support via mobile and desktop, plus chat live with an HR representative M-F 8AM-4PM.

**Guided Learning** for step-by-step task support, or the **Learning Portfolio**, an interactive educational tool with a library of helpful videos, job aids and more!

Northwell Health[SM]

Visit us at Northwell.edu

The information contained in this electronic e-mail transmission and any attachments are intended only for the use of the individual or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication and any attachment is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone and electronic mail, and delete the original communication and any attachment from any computer, server or other electronic recording or storage device or medium. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client, physician-patient or other privilege.