# EXHIBIT M

Northwell Health

**Personal and Confidential**

May 27, 2026

Sent Via: Electronic Mail

Lorraine Davis
ldavis18@northwell.edu

**RE: Response to Workplace Accommodation Requests, as Extended**

Dear Lorraine:

On or around April 10, 2026, Team Member Health Services ("TMHS") received your request for an accommodation based on temporary physical limitations specifically related to your pregnancy. In connection with your accommodation request, which is made under the Americans with Disabilities Act of 1990 ("ADA") as well as New York State and local laws, we can assure you that we will treat as confidential any and all medical information that you provide to us consistent with those laws. Pursuant to the Genetic Information Nondiscrimination Act of 2008 (GINA), we are asking that you not provide any genetic information when responding to a request for medical information including, but not limited to, family medical history, genetic tests results and disclosures of genetic and reproductive services.

Your request on April 10 and provider note dated April 7, 2026, requested "light duty" and identified the following restrictions through April 29, 2026:

- Limit standing to no more than 4 hours
- Limit walking to no more than 400 feet
- No lifting or carrying
- No pushing or pulling
- No squattinq, bending, or climbing

On April 13, 2026, you submitted an updated note from your provider with the following restrictions from April 7 through May 3, 2026:

- limiting lifting to under 10 lbs.
- limit standing up to no more than 2 hours at a time, with 5-minute breaks in between
- able to work 12.5-hour shifts, up to 4 days a week

On April 14, 2026, we notified you that your accommodation request was approved on a temporary basis through May 3, 2026, while your initial and extended requests were under consideration. Specifically, during this time when patient census was high, the Hospital temporarily assigned you to admitting and discharging functions. While the transitional assignment was in effect, on or about April 30, 2026, you submitted an updated provider note to TMHS extending the same restrictions to June 24,

2026. In the interim, however, due to a drop in patient census, there no longer was sufficient work for you to do.

Although the Hospital determined that the lifting and standing restrictions imposed by your provider would be accommodated and thus enable you to resume performing your regular RN duties, when informed that you would be returned to your RN role as long as you were able to perform life saving techniques such as CPR, on May 8, 2026 you provided additional information: that you could not safely perform your RN duties due to intermittent bleeding associated with your pregnancy. As such, due to your inability to safely perform your essential duties with reasonable accommodation and the decrease in patient census, we informed you that you would be approved for time off with pay from your PTO accruals and leave as an alternative accommodation provided you followed applicable requirements. In addition, although the Hospital has been exploring the availability of other potential transitional assignments, no such alternative assignments are currently available.

Accordingly, although we cannot grant your specific accommodation request through June 24, 2026, you will be granted a leave of absence provided that you promptly contact Northwell Health's Leave of Absence Claim Center through myAbsence at (855)789-9355 and comply with all applicable requirements. In the event that the workplace restrictions are modified by your physician, you may submit updated documentation to TMHS at TMHS@northwell.edu whereupon all potential accommodations will be considered. In addition, the Hospital will continue to explore potential transitional assignments. Meanwhile, be assured that the Hospital shares your concern for your health and safety.

I remind you that pursuant to Northwell Health policy, your medical information and/or documentation should not be discussed with or provided to anyone but Employee Health Services, Workforce Safety, your Site Human Resources Department or the Advice and Counsel Center.

Please contact us if you would like to further discuss this matter or have any questions, or if you would like to submit supplemental documentation from your health care provider in support of your request for a reasonable accommodation.

Sincerely,

*Caroline Zhang*

Caroline Zhang
Employee Relations Specialist
Advice & Counsel Center

cc: HR and TMHS