# EXHIBIT N

REDACTED

---------- Forwarded message ---------
From: **Davis, Lorraine** <ldavis18@northwell.edu>
Date: Thu, Jul 9, 2026 at 10:42 AM
Subject: Fw: Accommodation Status
To: Lorraine Davis <obrien3884@gmail.com>

---

**From:** Zhang, Caroline <czhang10@northwell.edu>
**Sent:** Tuesday, June 2, 2026 4:32 PM
**To:** obrien3884@gmail.com <obrien3884@gmail.com>
**Cc:** Davis, Lorraine <ldavis18@northwell.edu>
**Subject:** RE: Accommodation Status

Hi Lorraine,

I am acknowledging receipt of your email but disagree with the contentions in it. We have been engaging with you in efforts to accommodate the workplace restrictions as set forth in your doctor’s notes, as well as the additional information you provided directly to me on May 8th. That is when I informed you that the Hospital could accommodate the various restrictions and you told me that you could not perform regularly-assigned RN duties due to bleeding associated with your pregnancy. Until that time, neither you nor your physician had identified a bleeding issue. Based on your statement regarding bleeding, we then determined that leave was the only safe and reasonable accommodation available.

Although currently there is no transitional/temporary work for you to do outside your RN duties, the Hospital is continuing to explore options in an effort to return you to work. Furthermore, if your physician can certify, in writing, that you are not experiencing bleeding and the only current restrictions are those set forth in the most current doctor’s note (include but are not limited to lifting, standing, etc.) that extended those restrictions through June 24th, please submit that medical documentation to team member health services at tmhsmather@northwell.edu.

It seems that you have not yet opened a claim with myAbsence to ensure that your leave is authorized and job-protected. Taking steps to apply promptly for an authorized leave covered by Northwell's Leave of Absence policy is a requirement of continued employment. You have been approved to be paid from your PTO accruals in the interim. If you do NOT wish to be paid, you must contact your leader, Catherine Castro regarding your pay code's, upon receipt of this email. However, it is important that you take immediate steps to have your absences covered by leave – whether or not paid or unpaid – in accordance with applicable polices. I enclose a copy of the policy for your reference.

As a final note, your discrimination claim is a separate matter being addressed by Nicole Butera. As per your email, you acknowledged that you have communicated with Nicole.

**Caroline Zhang**

Employee Relations Specialist

Advice & Counsel Center

People Leader Services

Human Resources

Northwell Health

Phone: (516) 491-0405

Czhang10@northwell.edu

**Northwell Health**

Visit us at Northwell.edu

---

**From:** Davis, Lorraine <ldavis18@northwell.edu>
**Sent:** Monday, June 1, 2026 8:17 AM
**To:** Zhang, Caroline <czhang10@northwell.edu>
**Subject:** Re: Accommodation Status

Hi Caroline,

I am writing to respond to the letter dated May 27, 2026 and meeting with Nicole Butera earlier today concerning my request for a reasonable accommodation related to my pregnancy and temporary disability as well as my complaints of discrimination.

Thank you for letting me know that the hospital approved the following accommodations: (1) limiting lifting things weighing up to 10 lbs and (2) limiting standing up to no more than 2 hours at a time, with a 5-minute break after 2-hour standing period. However, in the letter it is noted that I am unable to perform life saving techniques such as CPR. I can perform those techniques. I stated this in my email dated May 18, 2026 to Vanessa Sisto.

Since Employee Health has approved my requested accommodations and I can perform life saving techniques, I look forward to returning to work. When will I be scheduled for my next shift?

Additionally, there are many statements in the letter that are simply not true. These are my responses to the inaccuracies:

1. I was never informed I would be able to resume regular RN duties with the above-referenced restrictions in place, nor was it offered to me.

2. I did not speak with anyone in regards to bleeding on May 8, 2026. Instead, I opened a service request with HR that day.

3. I never said that I could not safely perform RN duties because of bleeding related to my pregnancy. Again, I can perform those techniques and have stated that multiple times now.

4. I am aware that patient census has been extremely high over the past few weeks. Infact, during a mandatory meeting this on 5/27 that I attended, an Assistant Nurse Manager stated "you guys know the census has been crazy, the floor has been crazy."

5. Over the past few weeks, the hospital has placed me on a forced leave that I never requested and has unilaterally deducted my accrued PTO time which I have been saving so that I can have PTO available after my baby is born.

6. I was removed from the schedule without notice or any communication. The claim that I was approved for time off with pay is incorrect. I never made a request for leave.

Instead, I made a request for accommodation that Employee Health has approved. However, the hospital is still preventing me from returning to work and keeping me on forced leave, further deducting my PTO.

7. I was never informed about the possibility for transitional or alternative assignments and never had any discussions about whether such an assignment could be a possible accommodation for my pregnancy and temporary disability.

In my May 15, 2026 email, I detailed the timeline of events related to this situation.

Further, the hospital has not provided any response to my complaint of discrimination from May 15, 2026 email. Instead, I have been given this letter with numerous false and inaccurate statements as well as the hospital's continued efforts to keep me out on forced leave. The hospital's actions feel like additional discrimination and retaliation for my complaint of discrimination. When will my complaints be addressed? When will the hospital respond?

Finally, I would like to request that the PTO the hospital has forced me to use over the past few weeks be reinstated.

Please advise, thank you.

Lorraine Davis

---

**From:** Zhang, Caroline <czhang10@northwell.edu>
**Sent:** Wednesday, May 27, 2026 1:36 PM
**To:** Davis, Lorraine <ldavis18@northwell.edu>
**Cc:** Sisto, Vanessa <vsisto@northwell.edu>
**Subject:** Accommodation Status

Good afternoon Lorraine,

I hope you had a nice Memorial Day weekend. I'm back in the office and wanted to let you know that the attached document is an update on your accommodation status.

Please let me know if you have any other questions or concerns

Thank you,

**Caroline Zhang**

Employee Relations Specialist

Advice & Counsel Center

People Leader Services

Human Resources

Northwell Health

Phone: (516) 491-0405

Czhang10@northwell.edu

**Northwell Health**

Visit us at Northwell.edu

The information contained in this electronic e-mail transmission and any attachments are intended only for the use of the individual or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication and any attachment is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone and electronic mail, and delete the original communication and any attachment from any computer, server or other electronic recording or storage device or medium. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client, physician-patient or other privilege.

**Northwell Health**

Human Resources Policy and Procedure Manual

| Policy Title: Family Medical Leave | Part: | 2 | Revised/Reviewed*: | |
|---|---|---|---|---|
| | Section: | 9 | 12/30/10 | 12/16/20 |
| Category: Benefits: Time Away from Work | Effective Date: | 1999 | 09/20/11<br>03/07/13<br>07/01/13 | 03/17/21<br>01/01/22<br>04/29/22 |
| | Page: | 1 of 8 | 04/01/16<br>08/15/16<br>01/01/18<br>01/01/20 | 12/20/23<br>11/20/24<br>07/16/25 |

**Policy**

In accordance with the Family and Medical Leave Act of 1993 ("FMLA"), the organization grants job-protected leaves of absence for up to a total of twelve (12) weeks for a team member's own "serious health condition," to care for an immediate family member with a "serious health condition," for the birth or adoption of a child or placement of a child with a team member for foster care, or to care for a child during the first twelve (12) months after the birth or adoption.[1] In addition, the organization grants team members who are an immediate family member of someone on "covered active duty" in the armed services up to twelve (12) weeks of job-protected leave for a "qualifying circumstance" (as defined in this policy) relating to such family member's covered active duty status, and/or up to twenty six (26) weeks of leave in a twelve (12) month period to care for the family service member's serious illness or injury sustained or aggravated in the line of duty.

**Purpose**

The purpose of this policy is to explain the eligibility requirements for a FMLA leave of absence, as well as the process for requesting such a leave.

Consult the *HR Policy Part 02 – 12: New York State Paid Family Leave* or *HR Policy Part 02 – 14: Connecticut Paid Family and Medical Leave* for information regarding additional paid leave (up to a certain percentage of your weekly wages) available to eligible team members pursuant to New York's Paid Family Leave Law and Connecticut's Paid Family and Medical Leave Act.

**Scope**

This policy applies to all Northwell Health team members according to the eligibility requirements detailed below. Team members whose terms and conditions of employment are covered under a collective bargaining agreement ("CBA") should also refer to their agreement with each covered entity. To the extent the provisions herein are inconsistent with the CBA,

---

[1] Team members employed in Connecticut facilities should refer to the Connecticut Family Medical Leave Act Addendum ("CT FMLA Addendum"), attached to this policy, for information related to eligibility and qualifying reasons for family medical leave under Connecticut law.

the CBA will prevail.

**Definitions**

**Serious Health Condition**: The FMLA defines a serious health condition as an illness, injury, impairment, or physical or mental condition that involves either inpatient care or continuing treatment by a health care provider. Both physical and mental health conditions qualify for FMLA leave. For more information, review this FMLA fact sheet.

**The following statements apply to <u>all</u> Northwell Health team members without exception:**

A. All team members needing a leave of absence under the FMLA, including a military family leave as described below, must call myAbsence at (855) 789-9355 prior to or upon the commencement of such a leave in order to initiate a "claim". All such team members must also notify their manager(s) of their request for a leave.

   Team members needing a leave of absence under New York State Paid Family Leave or Connecticut Paid Family and Medical Leave should contact their PFL administrator as outlined in *HR Policy Part 02 – 12: New York State Paid Family Leave or HR Policy Part 02-14: Connecticut Paid Family and Medical Leave.*

   myAbsence will ask a team member who is seeking a leave of absence to provide additional information in support of their request, including relevant medical information. The team member is responsible for making sure that any information requested by myAbsence in order to evaluate/assess a request for a leave of absence, including relevant medical information, is provided (either by the team member themselves or by the team member's physician/healthcare provider, as appropriate). myAbsence is responsible for keeping any requested medical information strictly confidential (and the team member is responsible for sharing medical information only with myAbsence and not their manager or department leadership). Additional information and resources on the leave of absence process and FAQs can be found on the Disability and Leave of Absence page.

B. myAbsence will make all determinations as to whether a team member is eligible for a FMLA leave of absence. If myAbsence denies a team member's request for a leave of absence, and the team member nevertheless remains absent from work, such team member may be deemed to be on an unauthorized leave of absence, which may result in disciplinary action, up to and including termination of employment. In addition, if deemed on an unauthorized leave, a team member may not be eligible for salary continuation or any other benefits during their absence.

C. Except as otherwise determined by Northwell Health policy or law, team members on an authorized leave have no greater right to retain their position than if they had been continuously employed during the leave period.

**Eligibility and Limitations**

A. To be eligible for a FMLA leave of absence, a team member must have at least twelve

(12) months of service within the organization and also must have worked at least 1,250 hours during the (12) months immediately preceding the request for leave.[2]

B. As required by federal law, Northwell Health permits eligible team members to take a job-protected unpaid leave for up to twelve (12) weeks in any rolling twelve (12) month period for the purposes listed below. Please note that team members are limited to a total of twelve (12) weeks in any twelve-month period for any combination of the following[2]:

1. The birth or adoption of a child (so long as the leave is completed within twelve months of the child's birth or placement with the team member);

2. The care of a newborn child (so long as the leave is completed within twelve months of the child's birth or placement with the team member);

3. The placement of a child with the team member through adoption or foster care (so long as the leave is completed within twelve months of the child's birth or placement with the team member);

4. The care of a spouse with a serious health condition;

5. The care of a child (up to age 18 or incapable of self-care because of a mental or physical disability at the time that FMLA leave is to commence) with a serious health condition;

6. The care of a parent with a serious health condition;

7. The team member's own serious health condition which makes them unable to perform the functions of their job;

8. Treatment by a health care provider for a team member's own substance use, or to care for a family member receiving substance use treatment, and/or

9. Any "qualifying circumstance" (as set forth below in section D) arising out of an immediate family member's (child, spouse or parent's) covered active duty, call to covered active duty status, or notification of an impending call or order to covered active duty.

In addition, and as also required by federal law, the organization permits eligible team members to take a job-protected unpaid leave for up to twenty-six (26) weeks in any rolling twelve (12) month period to care for a veteran or a covered family service member (child, spouse, parent, or next of kin) who has a serious injury or illness incurred or aggravated in the line of duty.

C. In circumstances where a FMLA leave is granted due to a team member's own serious health condition, such leave shall not be in addition to Workers' Compensation (if

[2] Team members employed in Connecticut facilities should refer to the Connecticut Family Medical Leave Act Addendum ("CT FMLA Addendum"), attached to this policy, for information related to eligibility and qualifying reasons for family medical leave under Connecticut law.

applicable) or any other medical leave. If the team member is also eligible for a Workers' Compensation leave or any other medical leave of absence, such leave shall run concurrently with the team member's FMLA leave entitlement.

D. An eligible team member seeking up to twelve (12) weeks of military family leave relating to a "qualifying circumstance" arising out of an immediate family member's (child, spouse or parent's) covered active duty, call to covered active duty status, or notification of an impending call or order to covered active duty is entitled to such leave in the following circumstances:

1. The family member received seven (7) or less days prior notice of an impending call or order to active duty;

2. The team member wants to attend an official ceremony, program or event sponsored by the military, military service organizations, or the American Red Cross relating to covered active duty or call to covered active duty of the family member;

3. The team member is needed to arrange for childcare or to provide childcare on an urgent basis relating to the covered active duty or call to covered active duty of the family member;

4. The team member is needed to make or update financial or legal arrangements for the family member as a result of such family member's covered active duty or call to covered active duty;

5. The team member needs to attend counseling for themselves, the family service member, or the family service member's child, provided that such counseling is related to the covered active duty or call to covered active duty of the family service member;

6. The team member needs to spend time with the family service member during a short-term, temporary rest and recuperation leave, not to exceed fifteen (15) calendar days;

7. The team member needs to attend post-deployment activities such as arrival ceremonies or reintegration briefings within ninety (90) days of the termination of the family service member's covered active duty;

8. The team member is needed to care for the family service member's parent who is incapable of self-care when the care is necessitated by the covered active duty of the family service member; and/or

9. The team member is needed for other activities relating to the family service member's covered active duty or call to covered active duty, so long as both the team member and employer agree that the need for leave is a "qualifying circumstance" as contemplated by FMLA and/or this policy, and also agree to both the timing and duration of such leave.

E. If two (2) team members employed within the organization are married or same-sex domestic partners and need a FMLA leave related to the birth or adoption of a child, or placement of child with such team members for adoption or foster care (the reasons detailed in Eligibility and Limitations section (B) above), the organization's operational needs may require that the total combined leave taken by both team members not exceed twelve (12) weeks during any twelve (12) month period.

F. Similarly, if two (2) team members employed within the organization are married or same-sex domestic partners and need a military family leave of up to twenty-six (26) weeks to care for covered family service member who suffered a serious injury or illness in the line of duty (the reason detailed in Eligibility and Limitations section (C) above), the organization's operational needs may require that the total combined leave taken by both team members not exceed twenty-six (26) weeks during any twelve (12) month period.

G. If during a single twelve (12) month period, a team member needs FMLA leave for both a family/medical reason detailed in Eligibility and Limitations section (B) above, and to care for a family service member as detailed in section (C) above, the total leave entitlement for that team member in that twelve (12) month period is twenty-six (26) weeks.

**Procedures**

A. Once a team member (i) knows of their need for a FMLA-qualifying leave, and/or (ii) reasonably believes that their illness or injury may require an absence of seven (7) or more consecutive calendar days, they must first notify their manager to advise that they will be absent (complying with all requirements set forth in the organization's policies and/or any applicable CBA concerning calling in an absence) and then must contact myAbsence at (855) 789-9355 to apply for a FMLA leave of absence. In no event should the application for a FMLA leave of absence through myAbsence be made later than two (2) business days after learning of the need for the leave. Failure to promptly apply for a leave may be grounds for the delay or denial of leave.

B. Once a team member's application for a FMLA leave of absence is processed through myAbsence, a Leave of Absence Specialist in the Benefits department of the organization will be assigned to the team member's claim in order to facilitate any matters relating to the leave.

C. The Leave of Absence Specialist and myAbsence will contact the team member concerning their leave status and the expected return-to-work date. Team members on continuing leave are required to provide updates and remain in contact with their Leave of Absence Specialist at least every thirty (30) days, absent unusual circumstances, in which case the team member must remain in contact as often as practicable. In addition, team members remain responsible to notify their manager at least every thirty (30) days of their approximate return to work date (but in no event should team members be disclosing any medical information to their manager or department leadership).

D. Team members who apply for a leave of absence or an extension of a leave of absence and who begin such leave prior to receiving full approval from myAbsence may ultimately be deemed to be on an unauthorized leave. Unauthorized leave is grounds for disciplinary action, up to and including, termination of employment.

E. Salary Continuation During a FMLA Leave of Absence
Salary continuation for a team member on a FMLA leave of absence, to the extent not paid for by workers' compensation, short-term disability, long-term disability, salary continuation benefits or any other compensation program, will come from a team member's accrued paid time off bank(s) to the extent permitted by law and Northwell Health policy. Because team members may have multiple accrual banks (i.e. PTO, grandfathered vacation time, etc.), there is a priority order of depletion that will be followed when paying out from the banks, until such banks are depleted. (Note: Sick time banks will be used only in circumstances of the team member's own illness). Once all banks are depleted any remainder of the leave of absence will be unpaid. For more information concerning the availability of any salary continuation options and/or payment from accrual banks (including the order of priority for bank depletion), team members should submit a service request via myExperience > Help > HR Service Requests.

F. Return to Work

1. All team members returning to work after a leave of absence are required to:

   a. Coordinate their scheduled return date and time with their department manager; and

   b. If any job limitations or restrictions apply, prior to such scheduled return date, contact Team Member Health Services.

   c. Prior to such scheduled return date, schedule and attend an appointment with Team Member Health Services to be cleared to return to work; and

   d. Provide to Team Member Health Services a completed "Return From Leave" form, which depending upon the nature of the leave of absence (i.e. medical, FMLA) may or may not require an authorization to return to work from their physician; and

   e. Obtain an authorization from Team Member Health Services to return to work; and

   f. Notify their Leave of Absence Specialist in the Benefits department.

2. If a team member is unable to return to work upon the expiration of FMLA leave for their own serious health condition, the organization may permit a non-FMLA medical leave of absence as an accommodation for qualified individuals where such leave is reasonable and will not cause an undue hardship.

G. A team member on a FMLA leave of absence who returns to work within the required

timeframe (either twelve (12) weeks or twenty-six (26) weeks, depending on the reason for the leave as set forth above) will retain their original position or an equivalent position with equivalent benefits, pay, and other terms and conditions of employment. For team members who take leave for reasons qualifying for twelve (12) weeks of FMLA leave, but do not return within twelve (12) weeks, such team members will be given preference for the next available job for which they are qualified if they return within twenty-six (26) weeks from the date that they began the leave. A team member who is granted an extension of leave as a reasonable accommodation because they are a qualified individual with a disability will retain their position during the period of the extended leave, unless this would pose an undue hardship or violate the terms of a CBA.

H. Intermittent FMLA Leave

1. Under the FMLA, leave to care for a team member's own or a covered family member's serious health condition, or to care for a family service member's serious illness or injury or to bond with a child after birth or placement for adoption or foster care within the first 12 months after the birth or placement; may be taken intermittently or on a reduced schedule, if medically necessary, subject to the above terms and conditions. In addition, leave to address a "qualifying circumstance" arising out of an immediate family member's covered active duty, call to covered active duty status, or notification of an impending call or order to active duty (as defined in this policy) may also be taken intermittently or on a reduced schedule. Team members who need to take intermittent leave must contact myAbsence to request such leave.

2. Team members must use available accrued PTO on days absent during an intermittent FMLA leave. If the leave is unpaid, the organization will adjust the team member's salary based on the amount of time actually worked.

3. Please note that if a team member is granted intermittent leave, the organization may, in certain circumstances depending upon the reason that intermittent leave is required, temporarily transfer the team member to another position that better accommodates the recurring leave, and such position will have equivalent pay and benefits.

***Disclaimer to Union-Represented Team members***

Northwell Health team members covered under a collective bargaining agreement must contact their manager and myAbsence to initiate a request for a FMLA leave of absence, and must also contact their Union to request any benefits to which they would be entitled under the collective bargaining agreement (i.e. leave benefits and/or short-term disability (STD) benefits). Copies of any forms submitted to the Union concerning an application for benefits must be forwarded to the Leave of Absence Specialist in the Benefits department.

A notice to Employee Rights and Responsibilities under the Family Medical Leave Act is attached to this policy.

**Related Policies**

**Human Resources Policy and Procedure Manual**

Part 02 – 05: Military Leave
Part 02 – 06: Paid Time Off (PTO)
Part 02 – 07: Leave of Absence
Part 02 – 08: Leave of Absence for Military Spouses
Part 02 – 12: New York State Paid Family Leave
Part 02 – 14: Connecticut Paid Family and Medical Leave
Part 06 – 02: Substance Use
Part 10 – 01: Team Member Health Services (TMHS)

## CONNECTICUT FMLA ADDENDUM

**Eligibility and Limitations**

A. To be eligible for a Connecticut FMLA leave of absence, a team member must have at least three (3) months of service within the organization and be assigned to a work location in the state of Connecticut.

B. As required by Connecticut law, Northwell Health permits eligible team members to take a job protected unpaid leave of up to twelve (12) weeks in any rolling twelve (12) month period for the purposes listed below. Please note that team members are limited to a total of twelve (12) weeks in any twelve-month period for any combination of the following:

1. The birth or adoption of a child (so long as the leave is completed within twelve months of the child's birth or placement with the team member);
2. The care of a newborn child (so long as the leave is completed within twelve months of the child's birth or placement with the team member);
3. The placement of a child with the team member through adoption or foster care (so long as the leave is completed within twelve months of the child's birth or placement with the team member);
4. To care for a family member with a serious physical or mental health condition, including substance use. Family member includes: spouse, sibling, child, parent, grandchild, grandparent, or an individual related to the team member by blood or affinity whose close association is equivalent of those family relationships;
5. The team member's own serious physical or mental health condition, including substance use which makes them unable to perform the functions of their job;
6. To serve as an organ donor or bone marrow donor;
7. Any "qualifying circumstance" (as set forth in paragraph D, "Eligibility and Limitations," of Northwell's Family Medical Leave Policy) arising out of an immediate family member's (child, spouse or parent's) covered active duty, call to covered active-duty status, or notification of an impending call or order to covered active duty.

In addition, Northwell Health permits eligible team members to take a job-protected unpaid leave for up to twenty-six (26) weeks in any rolling twelve (12) month period to care for a veteran or a covered family service member (child, spouse, parent, or next of kin) who has a serious injury or illness incurred or aggravated in the line of duty.

C. Eligible team members who are incapacitated due to a serious health condition during pregnancy may take an additional two (2) weeks of FMLA leave.

Other than the specific provisions listed within this addendum, HR Policy Part 02 – 09: Family Medical Leave is consistent with entitlements under Connecticut law.

# Your Employee Rights Under the Family and Medical Leave Act

## What is FMLA leave?

The Family and Medical Leave Act (FMLA) is a federal law that provides eligible employees with **job-protected leave** for qualifying family and medical reasons. The U.S. Department of Labor's Wage and Hour Division (WHD) enforces the FMLA for most employees.

Eligible employees can take **up to 12 workweeks** of FMLA leave in a 12-month period for:

- The birth, adoption or foster placement of a child with you,
- Your serious mental or physical health condition that makes you unable to work,
- To care for your spouse, child or parent with a serious mental or physical health condition, and
- Certain qualifying reasons related to the foreign deployment of your spouse, child or parent who is a military servicemember.

An eligible employee who is the spouse, child, parent or next of kin of a covered servicemember with a serious injury or illness **may take up to 26 workweeks** of FMLA leave in a single 12-month period to care for the servicemember.

You have the right to use FMLA leave in **one block of time**. When it is medically necessary or otherwise permitted, you may take FMLA leave **intermittently in separate blocks of time, or on a reduced schedule** by working less hours each day or week. Read Fact Sheet #28M(c) for more information.

FMLA leave is **not paid leave**, but you may choose, or be required by your employer, to use any employer-provided paid leave if your employer's paid leave policy covers the reason for which you need FMLA leave.

## Am I eligible to take FMLA leave?

You are an **eligible employee** if **all** of the following apply:

- You work for a covered employer,
- You have worked for your employer at least 12 months,
- You have at least 1,250 hours of service for your employer during the 12 months before your leave, and
- Your employer has at least 50 employees within 75 miles of your work location.

Airline flight crew employees have different "hours of service" requirements.

You work for a **covered employer** if **one** of the following applies:

- You work for a private employer that had at least 50 employees during at least 20 workweeks in the current or previous calendar year,
- You work for an elementary or public or private secondary school, or
- You work for a public agency, such as a local, state or federal government agency. Most federal employees are covered by Title II of the FMLA, administered by the Office of Personnel Management.

## How do I request FMLA leave?

Generally, **to request FMLA leave you must**:

- Follow your employer's normal policies for requesting leave,
- Give notice at least 30 days before your need for FMLA leave, or
- If advance notice is not possible, give notice as soon as possible.

You **do not have to share a medical diagnosis** but must provide enough information to your employer so they can determine whether the leave qualifies for FMLA protection. You **must also inform your employer if FMLA leave was previously taken** or approved for the same reason when requesting additional leave.

Your **employer may request certification** from a health care provider to verify medical leave and may request certification of a qualifying exigency.

The FMLA does not affect any federal or state law prohibiting discrimination or supersede any state or local law or collective bargaining agreement that provides greater family or medical leave rights.

State employees may be subject to certain limitations in pursuit of direct lawsuits regarding leave for their own serious health conditions. Most federal and certain congressional employees are also covered by the law but are subject to the jurisdiction of the U.S. Office of Personnel Management or Congress.

## What does my employer need to do?

If you are eligible for FMLA leave, your **employer must**:

- Allow you to take job-protected time off work for a qualifying reason,
- Continue your group health plan coverage while you are on leave on the same basis as if you had not taken leave, and
- Allow you to return to the same job, or a virtually identical job with the same pay, benefits and other working conditions, including shift and location, at the end of your leave.

Your **employer cannot interfere with your FMLA rights** or threaten or punish you for exercising your rights under the law. For example, your employer cannot retaliate against you for requesting FMLA leave or cooperating with a WHD investigation.

After becoming aware that your need for leave is for a reason that may qualify under the FMLA, your **employer must confirm whether you are eligible** or not eligible for FMLA leave. If your employer determines that you are eligible, your **employer must notify you in writing**:

- About your FMLA rights and responsibilities, and
- How much of your requested leave, if any, will be FMLA-protected leave.

## Where can I find more information?

Call **1-866-487-9243** or visit **dol.gov/fmla** to learn more.

If you believe your rights under the FMLA have been violated, you may file a complaint with WHD or file a private lawsuit against your employer in court. **Scan the QR code to learn about our WHD complaint process.**

**WAGE AND HOUR DIVISION**
UNITED STATES DEPARTMENT OF LABOR

scan me

WH1420 REV 04/23