# EXHIBIT O

REDACTED

---------- Forwarded message ---------
From: **Davis, Lorraine** <ldavis18@northwell.edu>
Date: Thu, Jul 9, 2026 at 10:42 AM
Subject: Fw: [EXTERNAL] Sedgwick DS Incident #4A2606FHK0G0001 for NORTHWELL HEALTH DOL: 06/01/2026 Loss State: NY
To: Lorraine Davis <obrien3884@gmail.com>

---

**From:** Zhang, Caroline <czhang10@northwell.edu>
**Sent:** Monday, June 15, 2026 3:27 PM
**To:** Davis, Lorraine <ldavis18@northwell.edu>
**Subject:** RE: [EXTERNAL] Sedgwick DS Incident #4A2606FHK0G0001 for NORTHWELL HEALTH DOL: 06/01/2026 Loss State: NY

Hi Lorraine,

Thank you for letting me know.

**Caroline Zhang**

Employee Relations Specialist

Advice & Counsel Center

People Leader Services

Human Resources

Northwell Health

Phone: (516) 491-0405

Czhang10@northwell.edu

**Northwell Health**

Visit us at Northwell.edu

**From:** Davis, Lorraine <ldavis18@northwell.edu>
**Sent:** Monday, June 15, 2026 11:48 AM
**To:** Zhang, Caroline <czhang10@northwell.edu>
**Subject:** Fw: [EXTERNAL] Sedgwick DS Incident #4A2606FHK0G0001 for NORTHWELL HEALTH DOL: 06/01/2026 Loss State: NY

Caroline,

I am forwarding you the email confirmation of my request for a leave of absence. I was forced to file for the leave of absence because the Hospital threatened to terminate my employment if I did not do so. As I have already stated several times, I don't need leave and am ready and able to return to work with the accommodations the Hospital has already approved.

Sincerely,

Lorraine

---

**From:** globalintake-no-reply@sedgwick.com <globalintake-no-reply@sedgwick.com>
**Sent:** Sunday, June 14, 2026 11:41 AM
**To:** Davis, Lorraine <ldavis18@northwell.edu>
**Subject:** [EXTERNAL] Sedgwick DS Incident #4A2606FHK0G0001 for NORTHWELL HEALTH DOL: 06/01/2026 Loss State: NY

**NORTHWELL HEALTH**

**Claim #4A2606FHK0G0001**

| | |
|---|---|
| Last Day Worked: | 05/28/2026 |
| First Day Absent: | 06/01/2026 |
| Estimated Return to Work Date: | 06/28/2026 |
| Intermittent or Continuous: | CONTINUOUS |

Thank you for reporting this claim to Sedgwick. Below you will find important details about your claim and next steps in the process.

| Work Schedule Details | |
|---|---|
| Same Work Schedule Each Week? | Yes |
| Work Schedule | Week 1 - Sunday: 12 Hours 30 Minutes<br>Week 1 - Monday: 12 Hours 30 Minutes<br>Week 1 - Tuesday: 12 Hours 30 Minutes<br>Week 1 - Wednesday: 0 Hours 0 Minutes<br>Week 1 - Thursday: 0 Hours 0 Minutes<br>Week 1 - Friday: 0 Hours 0 Minutes<br>Week 1 - Saturday: 0 Hours 0 Minutes |

**Thank You!**

A Disability claim has been submitted. Your Case number is 4A2606FHK0G0001. Please use this number on any associated correspondence.

As a follow-up, a packet will be sent to you and it will include an acknowledgement letter, attending Provider statement, release of medical information, and a reimbursement agreement form. These forms need to be completed and returned to us. After reviewing your claim, if your Disability Specialist has any questions, you will be contacted. Please note along side with your Disability Specialist you will also have a Sedgwick service team that will be able to assist you with any questions as you move through the claims process.

Please be sure to notify your supervisor of your request for leave and any associated time off.

In the event that we need to contact you, please save 855-789-9355 in your contacts so you know it's us calling.

Sedgwick Claims Management Services, Inc
P O Box 14486
Lexington, KY 40512-4486
Phone: 866-470-5734
Fax: 877-254-1246

PLEASE NOTE: This is a post only e-mail, you cannot use the 'Reply' function. Any attempt to do so will not be received by the sender.

---

Sedgwick's messaging system has detected that you, as the email recipient, use an email system that supports and enables Transport Layer Security (TLS) email encryption. This message and its contents were transmitted securely to this recipient's email gateway via industry-standard TLS encryption.

---

Any personal data acquired, processed or shared by us will be lawfully processed in line with applicable data protection legislation. If you have any questions regarding how we process personal data refer to our Privacy Notice https://www.sedgwick.com/global-privacy-policy. Any communication including this email and files/attachments transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If this message has been sent to you in error, you must not copy, distribute or disclose of the information it contains and you must notify us immediately (contact is within the privacy policy) and delete the message from your system.

The information contained in this electronic e-mail transmission and any attachments are intended only for the use of the individual or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication and any attachment is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone and electronic mail, and delete the original communication and any attachment from any computer, server or other electronic recording or storage device or medium. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client, physician-patient or other privilege.