# EXHIBIT P

11:56

Back **Document Details**

Letter 6/17/2026

Northwell Health Physician Partners

**June 17, 2026**
Dear Sir r Madam,
Ms. Lorraine Davis is a patient under my obstetrical care with a duet date of 11/4/26.
She has not had vaginal bleeding in the last month and sonogram today shows a normal cervical length.
We have given her permission to return to work as an RN starting 6/28/26, but MUST NOT lift of turn patients during her shift. Please provide her accommodations for this.
Thank you.
**Sincerely,**
Dr. Lisa Amorin
Electronically signed by : LISA AMORIN, MD; Jun 17 2026 10:37AM Eastern Standard Time (Author)