# EXHIBIT Q

Northwell Health℠

Physician Partners

Morisa Marin, MD
Lisa Amorin, MD
Natalia Flores, MD
Kimberly Gilani, NP-C

**Office Number: 631-775-3290**
**Fax Number: 631-775-3299**

Patient: DAVIS, LORRAINE M. Date: 6/26/2026

DOB: REDACTED

To Whom It May Concern,

The above-named patient is under my obstetrical care with a duet date of 11/4/26.
We have given her permission to return to work as an RN starting 6/28/26, but MUST NOT lift or turn patients at AT ALL during her shift, either by herself or with assistance. Please provide her accommodations for avoiding all lifting and turning.

Thank you.

Should you have any further questions, please contact the office at 631-775-3290.

Sincerely,

Lisa Amorin, MD