# EXHIBIT R

REDACTED

---------- Forwarded message ---------
From: **Davis, Lorraine** <ldavis18@northwell.edu>
Date: Thu, Jul 9, 2026 at 10:42 AM
Subject: Fw: Accommodation Request- Letter
To: Lorraine Davis <obrien3884@gmail.com>

---

**From:** Sisto, Vanessa <vsisto@northwell.edu>
**Sent:** Thursday, July 2, 2026 12:38 PM
**To:** Davis, Lorraine <ldavis18@northwell.edu>
**Cc:** obrien3884@gmail.com <obrien3884@gmail.com>
**Subject:** Accommodation Request- Letter

Hello Lorraine,

Attached is a letter responding to your latest accommodation request. Please contact me if you would like to further discuss this matter or have any questions.

Thank you,

Vanessa

**Vanessa Sisto**

Director, Employee Relations

Advice & Counsel Center

People Leader Services

Northwell Health

Cell: (516) 865-5686

Email: vsisto@northwell.edu

**Northwell Health**

Visit us at Northwell.edu

The information contained in this electronic e-mail transmission and any attachments are intended only for the use of the individual or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication and any attachment is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone and electronic mail, and delete the original communication and any attachment from any computer, server or other electronic recording or storage device or medium. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client, physician-patient or other privilege.

**Personal and Confidential**

July 2, 2026

Sent Via: Electronic Mail

Lorraine Davis
ldavis18@northwell.edu

**RE: Response to Updated Workplace Accommodation Request**

Dear Lorraine:

On or around June 22, 2026, Team Member Health Services ("TMHS") received your updated request for an accommodation based on physical limitations related to your pregnancy. Your provider note dated June 17, 2026, indicated the provider's permission for you to return to work as an RN starting on June 28, 2026, with the following restrictions: "Must not lift or turn patients during her shift."

TMHS then had two telephone conversations with you on June 24, 2026, wherein you were asked to clarify if the restriction "not to lift or turn patients" meant that you cannot lift or turn patients by yourself or if it meant that, regardless of whether another person is helping, you cannot lift or turn patients at all. You then advised that you would seek clarification from your provider and submit an updated provider's note. At that time, TMHS advised you that the updated provider's note was needed before a determination could be made regarding your request to return to work with the additional requested accommodations.

TMHS then received an updated provider's note from you dated June 26, 2026. This note provides that your physician has given you permission to return to work as an RN starting on June 28, 2026, but with the following restrictions: "Must not lift or turn patients at all during her shift, **either by herself or with assistance**," and your physician requested accommodations for avoiding all lifting and turning.

Although the duration of the restrictions is not specifically set forth in the June 26, 2026, provider's note, you communicated to TMHS that the restrictions must be in place until your due date of November 4, 2026; and your provider note also states when you are due. As such, we have evaluated your updated request for accommodation by assuming that these restrictions need to be in place until November 4, 2026, but please advise if this is incorrect. Further, if your condition changes at any time, or if you receive a new provider's note, please keep us informed.

The Hospital has thoroughly evaluated your updated request for accommodation, and it has determined that as a result of the restriction that you cannot lift or turn patients at all—even with assistance— you therefore cannot perform the essential functions of your job as an RN. As you are aware, an RN is required to reposition patients throughout the shift to, for example, put in a Foley catheter, administer IVs, perform wound care, and change dressings, among other essential tasks. The restriction imposed by your provider would require two additional nurses or one additional nurse and a PCA or NA for all patients assigned to you in order to be able to perform these functions, which is neither safe nor feasible for the Hospital. The Hospital also investigated whether there is any current opportunity to have you return to perform limited administrative functions; however, currently this work is not available.

Accordingly, although we cannot grant your specific accommodation request through November 4, 2026, you will be granted a leave of absence provided that you promptly contact Northwell Health's Leave of Absence Claim Center through myAbsence at (855)789-9355 and comply with all applicable requirements. I understand you have applied but are required to submit supporting documentation to myAbsence by July 5, 2026; this also serves as a reminder to you to submit all required documentation to myAbsence.

In the event that the workplace restrictions are modified by your physician, you may submit updated documentation to TMHS at TMHS@northwell.edu whereupon all potential accommodations will be considered. In addition, the Hospital will continue to explore potential transitional assignments while you are on leave and will contact you should any opportunities become available.

I remind you that pursuant to Northwell Health policy, your medical information and/or documentation should not be discussed with or provided to anyone but Employee Health Services, Workforce Safety, your Site Human Resources Department or the Advice and Counsel Center.

Please contact us if you would like to further discuss this matter or have any questions, or if you would like to submit any supplemental documentation from your health care provider in support of your request for a reasonable accommodation.

Sincerely,

*Vanessa Sisto*

Vanessa Sisto
Director, Employee Relations
Advice & Counsel Center

CC: TMHS